UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JESSIE CARL TOOMER                                                                       PLAINTIFF

V.                                                               CIVIL ACTION NO. 3:21-CV-102-DPJ-FKB

PETRINA L. CRAIG, ET AL.                                                              DEFENDANTS

ORDER

Jessie Carl Toomer is an inmate in the custody of the Mississippi Department of Corrections and brings this action under 42 U.S.C. § 1983, claiming unconstitutional prison conditions and failure to provide adequate dental care. Defendants insist Toomer failed to exhaust his administrative remedies and moved for summary judgment [62, 64]. United States Magistrate Judge F. Keith Ball recommends granting those motions. R&R [69] at 1. Toomer has not filed an objection, and the time to do so has passed. *See id.* (entered Nov. 6, 2023).

"When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b) advisory committee's note (1983), *quoted in Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996) (en banc), *superseded on other grounds by* 28 U.S.C. § 636(b)(1) *as noted in Alexander v. Verizon Wireless Servs., L.L.C.*, 875 F.3d 243, 248 (5th Cir. 2017). Finding no clear error, the Court accepts the well-reasoned recommendation of Judge Ball.

The Report and Recommendation [69] is adopted as the Court's opinion. Defendants' motions for summary judgment [62, 64] based on failure to exhaust are granted. This action is dismissed without prejudice. *See Bargher v. White*, 928 F.3d 439, 447 (5th Cir. 2019).

**SO ORDERED AND ADJUDGED** this the 29th day of November, 2023.

s/ *Daniel P. Jordan III*
CHIEF UNITED STATES DISTRICT JUDGE